UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
United States of America

- against -

Christopher Bradley

------------------------------------------------------------x

GOLD, S., U.S.M.J.:

*NOV 2 2005*

BROOKLYN OFFICE

03 - CR - 995 (DGT)

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE STEVEN M. GOLD

    United States Magistrate Judge Steven M. Gold has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Steven M. Gold. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Steven M. Gold.

Christopher Bradley
Defendant

Todd A.
United States Attorney, E.D.N.Y.

Attorney for the Defendant

By: Todd A.
Assistant United States Attorney

Dated: November 2, 2005
Brooklyn, New York

s/Steven Gold
USMJ
11/2/05